

# Fourth Court of Appeals
## San Antonio, Texas

January 12, 2015

No. 04-14-00863-CR

**IN RE** Justin Emar **MOORE**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Sandee Bryan Marion, Chief Justice
                    Marialyn Barnard, Justice
                    Rebeca C. Martinez, Justice

On January 7, 2015, relator filed a motion for rehearing. The panel has considered the motion and it is DENIED.

It is so **ORDERED** on January 12th, 2015.          PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle
                  Clerk of Court

---

[1] This proceeding arises out of Cause No. 2010CR4143, styled *The State of Texas v. Justin Emar Moore*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.